PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Chadwick Wilson Young</u>   Case Number: <u>3:11-00256-01</u>

Name of Judicial Officer: <u>The Honorable Thomas W. Phillips, U. S. District Judge, Eastern District of Tennessee, jurisdiction transferred January 4, 2012, to Honorable Todd J. Campbell, U. S. District Judge</u>

Date of Original Sentence: <u>August 26, 2008</u>

Original Offense: <u>18 U.S.C. § 1343, Wire Fraud (Two Counts)</u>

Original Sentence: <u>41 months' incarceration followed by a three-year term of supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>October 5, 2011</u>

Assistant U.S. Attorney: <u>To be assigned</u>   Defense Attorney: <u>To be assigned</u>

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this <u>23</u> day of <u>June</u>, 2014,
and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U. S. District Judge
Todd J. Campbell

_____
U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date    June 20, 2014

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall pay restitution in the amount of $1,192,868, at a minimum monthly rate of 10% of gross income:**

Mr. Young has made his monthly payments as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Chadwick Wilson Young has paid $4,873 in restitution. His term of supervised release is set to expire on October 4, 2014.

**U.S. Probation Officer Recommendation:**

Mr. Young has paid toward his restitution as instructed by the Court. It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer